1 | **JAMAL S. MUHAMMAD**
California State Bar No. 290712
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California  92101-5030
Telephone:  (619) 234-8467
4 | Jamal_Muhammad@fd.org

5 | Attorneys for Mr. Fierro

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR3096-WQH |
| Plaintiff, | Date: Feb. 12, 2018<br>Time:   2:00 pm |
| v. | NOTICE OF MOTIONS AND: |
|  | **1) MOTION TO DISMISS COUNT II;** |
| KEVIN URGARIT FIERRO-MORALES (1), | **2) MOTION TO PRECLUDE THE PROSECUTION FROM PROCEEDING UNDER AN AIDING AND ABETTING THEORY;** |
| Defendant | **3) MOTION FOR A BILL OF PARTICULARS; AND** |
|  | **4) MOTION FOR LEAVE TO FILE FURTHER MOTIONS** |

TO:   ADAM BRAVERMAN, UNITED STATES ATTORNEY, AND
         LARA STINGLEY, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on February 12, 2018 at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant KEVIN URGARIT FIERRO-MORALES, by and through his attorneys, Jamal S. Muhammad and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## MOTIONS

Defendant, KEVIN URGARIT FIERRO-MORALES, by and through his attorneys, Jamal S. Muhammad and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order granting his motions to:

1) **MOTION TO DISMISS COUNT II;**

2) **MOTION TO PRECLUDE THE PROSECUTION FROM PROCEEDING UNDER AN AIDING AND ABETTING THEORY;**

3) **MOTION FOR A BILL OF PARTICULARS; AND**

4) **MOTION FOR LEAVE TO FILE FURTHER MOTIONS.**

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: February 7, 2018

*s/ Jamal S. Muhammad*
**JAMAL S. MUHAMMAD**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Fierro
Jamal_Muhammad@fd.org