# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. KEVIN UGURIT FIERRO-MORALES (1) Defendant. | CASE NO. 17CR3096 WQH <br> JUDGMENT AND ORDER |

HAYES, Judge:

IT IS HEREBY ORDERED that the Joint motion (ECF No. 195) to dismiss the indictment in this case with prejudice is granted. All pending motions are denied as moot. The Clerk shall close this case.

DATED: November 13, 2018

**WILLIAM Q. HAYES**
United States District Judge